UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                  No. 4:25-cr-00259-P

**CAMERON ARNOLD (01),**
**ZACHARY EVETTS (02),**
**BENJAMIN HANIL SONG (03),**
**SAVANNA BATTEN (04),**
**BRADFORD MORRIS (05),**
**MARICELA RUEDA (06),**
**ELIZABETH SOTO (07),**
**INES SOTO (08),**
**DANIEL ROLANDO SANCHEZ**
**ESTRADA (09),**

    Defendants.

## ORDER

Before the Court is the following: (1) Defendant Ines Soto's Motion to Reconsider the Objection Procedure, ECF No. 194; (2) Defendant Elizabeth Soto's Motion to Suppress Evidence Obtained Pursuant to an Insufficient Warrant, ECF No. 195; and (3) Defendant Cameron Arnold's Motion to Exclude Statements of Codefendant, ECF No. 196.

The Court believes expedited briefing is necessary for each motion.[1] Accordingly, the Court **ORDERS** the Government to file responses to the motions **on or before Wednesday, February 4, 2026.** The

---

[1] The Court appreciates that the Government took no position regarding the Motion to Reconsider the Objection Procedure (ECF No. 194). However, the Court expects a response from the Government on the substance of the motion.

Defendants shall file a reply within **three days** after the respective responses are filed.

**SO ORDERED** on this **28th day of January 2026.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE