UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                        **No. 4:25-cr-00259-P**

**CAMERON ARNOLD (01),**
**ZACHARY EVETTS (02),**
**SAVANNA BATTEN (04),**
**ELIZABETH SOTO (07),**

   Defendants.

## ORDER

   Before the Court are numerous objections filed by the Government to some Defendants' Notices of Expert Testimony. ECF Nos. 226, 235, 236, 241. In light of the imminent trial date, the Court finds that expedited briefing is warranted. The Court therefore **ORDERS** Defendants Zachary Evetts, Savanna Batten, Cameron Arnold, and Elizabeth Soto to respond to the Government's Objection to their respective Notice (ECF Nos. 226, 235, 236, 241) no later than **5:00 p.m. on February 11, 2026.**

   **SO ORDERED** on this **10th day of February 2026.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE