IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | |
| | § | |
| CAMERON ARNOLD | § | |
| a/k/a "Autumn Hill" | § | |
| ZACHARY EVETTS | § | NO. 4:25-CR-259-P |
| BENJAMIN SONG | § | |
| SAVANNA BATTEN BRADFORD | § | |
| MORRIS | § | |
| a/k/a "Meagan Morris" | § | |
| MARICELA RUEDA | § | |
| ELIZABETH SOTO | § | |
| INES SOTO | § | |
| DANIEL ROLANDO | § | |
| SANCHEZ-ESTRADA | § | |

**DEFENDANT SAVANNA BATTEN'S FIRST AMENDED EXHIBIT LIST**

| EXHIBIT LIST | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 1 | Danielle High | Emma Goldman Book Club Photo | _____ | _____ | _____ |
| 2 | Maria Garcia | Panera Bread Work Schedule | _____ | _____ | _____ |
| 3 | Maria Garcia | Jail Property/ Clothing | _____ | _____ | _____ |
| 4 | Maria Garcia | Jail Property/ Clothing | _____ | _____ | _____ |
| 5 | Maria Garcia | Jail Property/ Clothing | _____ | _____ | _____ |
| 6 | JCSD | Batten Jail Property Log/ Photo | _____ | _____ | _____ |
| 7 | G. Jones | Medical Kit/ Tourniquet Photo | _____ | _____ | _____ |

| # | Witness | Exhibit | | | |
|---|---|---|---|---|---|
| 8 | G. Jones | Photo of Cooler/ Fireworks | _____ | _____ | _____ |
| 9 | G. Jones | CCTV of Fireworks | _____ | _____ | _____ |
| 10 | G. Jones | Body Camera Footage/ Shooting | _____ | _____ | _____ |
| 11 | G. Jones | Protest Flyer/ Signal Chat | _____ | _____ | _____ |
| 12 | G. Jones | Transcript of Core Planning Chat | _____ | _____ | _____ |
| 13 | G. Jones | Demonstrative Map PLDC | _____ | _____ | _____ |
| 14 | Jerry Farmer, Jr. | SW Photos of Subaru | _____ | _____ | _____ |
| 15 | Jerry Farmer, Jr. | SW Photos of Subaru | _____ | _____ | _____ |
| 16 | Jerry Farmer, Jr. | SW Photos of Subaru | _____ | _____ | _____ |
| 17 | Jerry Farmer, Jr. | SW Photos of Subaru | _____ | _____ | _____ |
| 18 | James Holt | Screenshot Statewide SRA Signal Chat | _____ | _____ | _____ |
| 19 | James Holt | Daytime Protest Flyer | _____ | _____ | _____ |
| 20 | James Holt | FBI 302 Signal Group Chat Morris and 3+ more | _____ | _____ | _____ |
| 21 | James Holt | Signal Chat Monikers | _____ | _____ | _____ |
| 22 | James Holt | Daytime Protest DFW Facebook Group | _____ | _____ | _____ |
| 23 | Seth Webb | Night Parking Lot Video | _____ | _____ | _____ |
| 24 | Seth Webb | Night Parking | _____ | _____ | _____ |

| # | Witness | Description | | | |
|---|---|---|---|---|---|
| 25 | Jerry Farmer | Lot Timeline | _____ | _____ | _____ |
| 26 | Clark Wiethorn | FBI Search of Subaru Evidence Entry Report | _____ | _____ | _____ |
| 27 | Rob Covin | TDPS Supplemental GSR Analysis Lab Report | _____ | _____ | _____ |
| 28 | Rob Covin | Prairieland Detention Center (PDC) Photos | _____ | _____ | _____ |
| 29 | Rob Covin | PDC Photos | _____ | _____ | _____ |
| 30 | Rob Covin | PDC Photos | _____ | _____ | _____ |
| 31 | Rob Covin | PDC Photos | _____ | _____ | _____ |
| 32 | Rob Covin | PDC Photos | _____ | _____ | _____ |
| 33 | Rob Covin | PDC Photos | _____ | _____ | _____ |
| 34 | Rob Covin | PDC Map Distances | _____ | _____ | _____ |
| 35 | Rob Covin | PDC Map Distances | _____ | _____ | _____ |
| 36 | Rob Covin | PDC Map Distances | _____ | _____ | _____ |
| 37 | Rob Covin | PDC Map Distances | _____ | _____ | _____ |

Respectfully submitted,

TOLBERT & ASSOCIATES, PLLC
511 E. John W. Carpenter Fwy, Suite 500
Las Colinas, TX 75062
817.380.8008 (Office)
817.977.9661 (Fax)

By: /s/ Christopher L. Tolbert
_____
Christopher L. Tolbert
State Bar No. 24080530

chris@tolbertlawpc.com<br>**Attorney for Savanna Batten**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Savanna Batten Trial Exhibit List was delivered by uploading to file sharing system Box for viewing of the Office of the United States Attorney for the Northern District of Texas, Fort Worth Division, on February 12, 2026.

/s/ Christopher L. Tolbert
Christopher L. Tolbert