UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                                  **No. 4:25-cr-00259-P**

**CAMERON ARNOLD, ET AL.,**

   Defendants.

# ORDER

   The Court hereby **ORDERS** that counsel for all Parties remain within the nearby area surrounding the courthouse for the duration of the jury's deliberations. In other words, counsel must be available to return to the courtroom within 15 minutes or less.

   **SO ORDERED** on this **12th day of March 2026.**

_/s/ Mark T. Pittman_

Mark T. Pittman
UNITED STATES DISTRICT JUDGE